# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

RICHARD MUELLER, II, et al.,

                              Plaintiffs,                    24 **CIVIL** 6225 (DLC)

       -against-                                   **JUDGMENT**

DEUTSCHE BANK AKTIENGESELLSCHAFT, et al.,

                             Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 4, 2025, the defendants' November 1, 2024 motion to dismiss for lack of personal jurisdiction is denied. Their November 1 motion to dismiss for failure to state a claim is granted..

**Dated:**  New York, New York
        April 7, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                 **BY:**

                                                            **Deputy Clerk**